# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149266 & (13)(14)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JOHN PAUL HOME CARE, INC.,
      Plaintiff-Appellee,

v

FHHS, LLC, JPHC HOLDINGS, LLC,
VICKI L. WELTY, KEVIN R. RUARK,
TINA GRIFFITH, and CONTEMPORARY
HEALTHCARE FUND I, LP,
      Defendants-Appellees,

and

HOWARD & HOWARD ATTORNEYS
PLLC,
      Non Party-Appellant.

SC: 149266
COA: 321430
Oakland CC: 2014-138915-CZ

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014


Clerk

h0721